**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 96-6636**

_____

WARREN L. HOLDERMAN,

Petitioner - Appellant,

versus

NORTH CAROLINA ATTORNEY GENERAL; MARK HUGHES,

Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  James A. Beaty, Jr., District Judge.  (CA-93-592-6)

_____

Submitted:  December 19, 1996      Decided:  December 31, 1996

_____

Before ERVIN and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Warren L. Holderman, Appellant Pro Se.  Richard Norwood League, Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief in part on his petition filed under 28 U.S.C. § 2254 (1994), amended by Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, 110 Stat. 1214. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent that a certificate of appealability is required, we deny such a certificate. We dismiss the appeal on the reasoning of the district court. Holderman v. North Carolina Attorney General, No. CA-93-592-6 (M.D.N.C. Apr. 5, 1996). We deny Appellant's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED